```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:08-mj-0261 GGH |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| v. | ) EXTEND TIME FOR PRELIMINARY |
| | ) EXAMINATION AND EXCLUDE TIME |
| OLIVER A. CHAPMAN, III, | ) |
| Defendant. | ) |

The parties agree that time beginning December 20, 2010 and extending through February 7, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until February 7, 2011.  Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and Defendant may analyze the evidence and determine whether this case is appropriate for pre-indictment disposition.  The parties submit that this interest of justice outweighs the interest of

1

the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed.R.Crim.P. 5.1(d).

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: December 20, 2010      By:  /s/ Matt Segal
                                              MATTHEW D. SEGAL
                                              Assistant U.S. Attorney

DATE: December 20, 2010         /s/ Rachelle Barbour
                                              Rachelle BARBOUR
                                              Counsel for Defendant

**SO ORDERED.**

DATED:   December 20, 2010

                                              _/s/ Kendall J. Newman_
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE