1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  CASE NO. 2:08-MJ-261 GGH
12            Plaintiff,          )
                                  )  STIPULATION AND ORDER TO
13                                )  EXTEND TIME FOR PRELIMINARY
         v.                       )  EXAMINATION AND EXCLUDE TIME
14                                )
   OLIVER A. CHAPMAN, III,        )
15                                )
              Defendant.          )
16 _____)

17

18        The parties agree that time beginning March 21, 2011, and

19 extending through April 26, 2011, should be excluded from the

20 calculation of time under the Speedy Trial Act.  Further, the

21 Defendant consents to an extension of the time for preliminary

22 examination until April 26, 2011.  Fed. R. Crim. P. 5.1(d).  The

23 parties submit that the ends of justice are served by the Court

24 excluding such time that they may have reasonable time necessary

25 for effective preparation, taking into account the exercise of

26 due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular,

27 the additional time is required so that the government and

28 Defendant may analyze the evidence and determine whether this

                                  1

case is appropriate for pre-indictment disposition.  The parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 16, 2011          By:  */s/ Michael D. Anderson*
                                    MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney

DATED: March 16, 2011          By:  */s/Donald Dorfman*
                                    DONALD DORFMAN
                                    Attorney for the Defendant

O R D E R

    IT IS SO ORDERED

Date: March 17, 2011          /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE