BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> OLIVER A. CHAPMAN, III, ) <br> ) <br> Defendant. ) <br>  ) | CASE NO. 2:08-MJ-261 GGH <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

The parties agree that time beginning June 3, 2011, and extending through July 15, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until July 15, 2011.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the additional time is required so that the government and Defendant may analyze the evidence and determine whether this

1

case is appropriate for pre-indictment disposition. This further request is also based on additional new information that the government has recently received and is currently reviewing. The parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 31, 2011         By:   */s/ Michael D. Anderson*
                                  MICHAEL D. ANDERSON
                                  Assistant U.S. Attorney

DATED: May 31, 2011         By:   */s/Donald Dorfman*
                                  DONALD DORFMAN
                                  Attorney for the Defendant

O R D E R

   IT IS SO ORDERED

Date: June 2, 2011                /s/ Gregory G. Hollows
                                  _____
                                  HON. GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE