```
 1  BENJAMIN B. WAGNER                          FILED
    United States Attorney
 2  MICHAEL D. ANDERSON                        JUL 14 2011
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100           CLERK, U.S. DISTRICT COURT
    Sacramento, California  95814        EASTERN DISTRICT OF CALIFORNIA
 4  Telephone: (916) 554-2755            BY _____
                                                  DEPUTY CLERK
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CASE NO. 2:08-MJ-261 GGH
12          Plaintiff,           )
                                 )   STIPULATION AND ORDER TO
13      v.                       )   EXTEND TIME FOR PRELIMINARY
                                 )   EXAMINATION AND EXCLUDE TIME
14                               )
    OLIVER A. CHAPMAN, III,      )
15                               )
            Defendant.           )
16  _____)
17
```

18       The parties agree that time beginning July 15, 2011, and
19  extending through August 26, 2011, should be excluded from the
20  calculation of time under the Speedy Trial Act.  Further, the
21  Defendant consents to an extension of the time for preliminary
22  examination until August 26, 2011, before Magistrate Judge Edmund
23  F. Brennan.  Fed. R. Crim. P. 5.1(d).  The parties submit that
24  the ends of justice are served by the Court excluding such time
25  that they may have reasonable time necessary for effective
26  preparation, taking into account the exercise of due diligence.
27  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the additional
28  time is required so that the government and Defendant may analyze

case is appropriate for pre-indictment disposition. This further request is also based in part on the need for the parties to complete calculations related to loss and to complete the investigation of relatively recently discovered information. The parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 14, 2011      By:  /s/ Michael D. Anderson
                               MICHAEL D. ANDERSON
                               Assistant U.S. Attorney


DATED: July 14, 2011      By:  /s/Donald Dorfman
                               DONALD DORFMAN
                               Attorney for the Defendant


O R D E R

IT IS SO ORDERED

Date: 7/14/11

HON. ~~GREGORY G. HOLLOWS~~ DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE